# DISPLAY CLASSIFIEDS

**FOR AS LITTLE AS $15.00...REACH OVER 30,000 PER WEEK! CALL 262/364-1843**

---

## APPLIANCE REPAIR

**FREE** REPAIR ESTIMATES
**FREE** PHONE ESTIMATES
**FREE** TRIP CHARGE W/REPAIR
**FREE** gift

- REFRIGERATORS • FREEZERS
- WASHERS • DRYERS • STOVES • OVENS
- HOT WATER HEATERS • FURNACES • PLUMBING
- HEATING • AIR CONDITIONING WORK

NORVILLE (30yrs experience)
**305-3200**
God Bless America

---

## Divorce $100
**414/722-2772**

---

## DRAIN MAN
- DRAINS CLEANED
- SEWER CLEANING
- PLUMBING REPAIRS

CALL: **371-9457**
HELP SAVE THE PLANET!
20 YEARS EXPERIENCE • OVER 1000 CUSTOMERS SERVED • INSURED

---

## CARPENTER PLUMBER HANDYMAN
Will Cover All Building Code Violations
Call 24/7 • **414/855-4424** or
email: rudywebb11@yahoo.com

---

## BROKEN & USED LAPTOPS
**I PAY CASH**
Please Call **414/306-3026**

---

## Burnham St. Garage
Junk Vehicles Wanted / CASH PAID
We Sell Used Tires
**414/384-0133** or
**414/870-2076**

---

## "24 hr. FREE APPLIANCE REMOVAL"
OR ANY METAL ITEMS
SAME DAY SERVICE
Sanford & Son Service:
**414/419-2137**

---

## JUNK CARS WANTED
FAST CASH
**466-3550**

---

## [$20-$120 CASH!!!]
For "High Tech Cell Phones Only!!! iPhones, 3g/4g, Boost Touch Screens, Cricket Androids, or any "High Tech" Cells!!!
We Pay U MORE 4 new cells!!! NO broke cells No Verizon or Sprint (Have model #/name ready B4U Call)
CALL Mr. Life **414/551-4545** or
**262/327-1645** (11am-7pm!) N. 35th St.!!!!

---

## TOW AMERICA
Fast Towing Service 24-7
We Buy Junk Cars & Trucks
**414/530-7292**

---

## START FRESH DEBT SOLUTIONS, LLC
Come to an Educated, Experienced & Qualified Debt Relief Agency!
ATTENTION All Milwaukee County residents!. Start Fresh Debt Solutions, your local bankruptcy petition preparer, is Now preparing Chapter 7 Bankruptcy Petitions for the Low-Cost of $165.00 • **SPECIAL PRICE THIS WEEK ONLY...$100**
We prevent utility disconnections, wage garnishments, and other creditor harassment. What are you waiting for? Get your Fresh Financial Start Today! Call: **414/212-8039**, Now! For your convenience, we will visit your Location!!! CALL NOW!
*Start Fresh Debt Solutions is a debt relief agency offering debt relief pursuant to the U.S. Bankruptcy Code.

---

## SPEEDYMEN
**2 MEN WITH TRUCK**
Full Service Moving and Delivery Service
Rates As Low As
★★★ **$65/hr.** ★★★
• Loading & Unloading
Call Today!
**(414)531-6767**

---

## RENT SPECIALS
DUPLEXES / SINGLE FAMILY
**915-2997**
**540-9901**

---

## Become a Child Care Teacher
On-line & Home study Classes
**414/362-4209**
www.networxllc.net

---

## All Star Towing
We Buy Junk Cars!
Free Pick Up
**324-7897**

---

Exhibit A

Case 11-34807-pp    Doc 16-1    Filed 10/19/11    Page 1 of 5

# DISPLAY CLASSIFIEDS
## FOR AS LITTLE AS $15.00...REACH OVER 30,000 PER WEEK! CALL 262/364-1843

- Bankruptcy - $185.00
- Divorce - $200.00
- Chapter 128 - $185.00
- Small Claims - $150.00 & up
- Quit Claim Deeds - $135.00
- Background Checks - $35.00
- Credit Restore Clean - $19.99 per month
- Process Server - $50.00

**Prosedoc LLC**
Main Office -
(414) 881-3453
My Assistant Line -
(414) 519-3453
Fast Service with Quality

---

**I DO ANY**
Electrical, Plumbing -n- more. Also Tree cutting, Trimming-n-Removal. Clean out House's, basements, Attics-n-garages
- Senior Discounts • FREE Estimates
- Pay less money, more work
Call Ronnie 414/745-9997

---

**We Buy Junk Cars, Trucks & Vans**
559-0592

---

**Carpet & Upholstery**
**DEEP CLEANING**
1 room...$29 / 2 rooms...$49 / 3 rooms...$59
Sofa...$39 / Love Seat...$29 / chair...$15 (3pc $75)
**2 Rooms, Sofa & Love Seat...$100**
(Cleaning includes pretreatment, extraction & deodorizer)
**414/552-0142**
"Guaranteed Clean"

---

**24 Hour 7 Days a week Towing Service**
Call Now...We have the Lowest Prices for you!
**414/837-9847**

---

**RIVERWEST 1-BEDROOM**
Starting @ $495/mo.
Best Management
**277-1288**
***Must have $1000/mo. income

---

**MASON TOOL RENTAL**
A variety of tools: Air Compressors, Snow blowers, Welders, Motor Pullers, Car Jacks, Trailors, Saw Zaws & yes, we even have Barbeque Grills / You name it we may have it!!!
CALL TODAY: 414-364-3209 or 414-737-4240

---

**FURNACE PROBLEMS?**
Thermostats, Fan Motors and all other issues.
No Trip Charge with work.
Also Servicing Appliances
call 414/514-0980
262/488-0707

---

Adult DVD's...........7 for $20
Digital Scales........$15 or 2/$25
Bowl Table Scales........$30
Pepper Spray..............$7
10 Body Oils.............$20
$$Making Opportunities - Will Wholesale
659-1443 Mon-Sun 9am - 7pm

---

**Bankruptcy Pro-Se Services**
I'll prepare all paperwork needed and you file the papers.
Easy 1-2-3 process!!!
$120 fee Non-Attorney Bankruptcy Petition Preparer
Please call Yvette 414-334-0756

---

**DUPLEXES / SINGLE FAMILY**
**REMODELED FOR RENT**
**915-2997**
**460-2154**

---

**Home Remodeling & Repair Service**
All Types of Home Repairs:
Windows, Doors, Locks, Porch & Deck, Int./Ext. Painting, Drywall, Floors, Minor Plumbing & Electrical
Kitchen - Bath - Attic - & Basement Remodeling
CALL TODAY: 414/292-6593

---

**$ WE BUY $ JUNK CARS! $**
- TOP DOLLAR CASH PAID
- 7 DAY SERVICE
- OPEN LATE
- USED TIRES
- Low Rate Towing
RAY: 414-881-8308

---

PAGE 70 TV WEEKLY SHOPPER October 9 – 15, 2011   GUARANTEED 30,000 RED BOOKS PRINTED WEEKLY.

# Classified Ads Page

**Laminated Business Cards** — 100 for $10.00 — (414)430-1744

**ATKINSON FOOD MARKET** — 3825 N. 15th Street — 264-9041 — COLD BEER, BUS PASSES, MONEY ORDERS

**Want to Solve your Weight Problem?** LOSE – GAIN – MAINTAIN. No Problem! http://www.cmclnutrition.com — Ph# 1-888-247-8507 — Email: cust-support@cmclnutrition.com — http://www.cmclnutritionmall.com — Ph# 1-888-259-5769 — Email: cust-support@cmclnutritionmall.com

**SELECT TRANSIT TOURS OF WI** — Keeping Families Together — www.selecttransittours.com — Do you want to visit someone in a Wisconsin Correctional Institution? $10 OFF COUPON code: 13 — CALL NOW! 1-800-643-7589

**WOMEN'S SHELTER** — 4Girlsrestorationhouse.com — Non-Profit 501C3 HELP NEEDED — Donate your household items, clothing, building materials. All Tax Deductible — (414)502-0726

**CASH PAID FOR** Old R&B / Soul / Jazz / Disco / Rap — Vinyl Records — LPs / 12" / 45s (7") — House Calls Made For Large Collections (50 or More) — Call Andy (414)232-7606 to Schedule an Appointment or With any Questions


**FREE STARTER KIT!** http://www.cmclonlinebiz.com — ONLY $9.95 S&H - For FREE Training Package, (DVD) - This is an Online Home-Based Business Opportunity with a Successful Training Coach to assist you during your training. (As seen on ABC, NBC, USA TODAY & CNN) Recruiting Phone # 1-888-594-5508 — Email: recruiting@cmclonlinebiz.com

**Home-Based Business** — Earn up to $2,000 to $5,000 per month in your own Home-Based Business! 3 Min. recorded code = bbm — Call 1-866-533-8411 — www.buyonlyhy.com

**Start Home-Based AVON Business** For ONLY $10 - Call 414-718-7655 To start today or place an order — www.bluebookmilwaukee.com

**Buried in CREDIT CARD DEBT? Over $10,000?** Call CREDIT CARD RELIEF for your FREE consultation 1-888-449-6595

**DISCOVER Secrets To Solving Your DEBT & CREDIT Problems For FREE!!!** Limited Time Only! www.NoMoreDebt2011.com

**BANKRUPTCY SPECIAL** $820 INDIVIDUAL JOINT (MARRIED) $130 — Are you drowning in bills & need to file Bankruptcy, but can't afford attorney fees? I prepare all bankruptcy petition documents needed to file Chapter 7 Bankruptcy. Provide credit reports from all three Credit Bureau reporting agencies. Prepare all documents needed in as quickly as 1 day. Other Services Offered: Tax Preparation $75 — Call me, Davina (414)810-8758 — renewproservices@gmail.com

**USE TAX REFUND TO FILE BANKRUPTCY!!** Be Ready for January! Call NOW to Get Started — LOW FEES — FAST TURNAROUND — VIRGINIA GEORGE, SC (414)332-3211 — We are a debt relief agency helping people file for bankruptcy

**MANDATORY AUTOMOBILE LIABILITY INSURANCE IS HERE!** EFFECTIVE 6/1/10 MANDATORY LIABILITY INSURANCE BECOMES LAW! ALL REGISTERED OWNERS OF AUTOS MUST CARRY LIABILITY INSURANCE. In violation, you and or anyone driving will face a SERIOUS FEE. The best way to obtain this coverage is to call an EXPERIENCED INDEPENDENT INSURANCE AGENT. One who can find THE MOST COMPETITIVE PREMIUM for today's HIGH PAYMENT DAYS! Must Have Valid Driver's License! (262)524-9999

**SAMARITAN DEBT SOLUTIONS, LLC** — EXPERIENCED, EDUCATED & QUALIFIED BANKRUPTCY PREPARATION NOW! File Chapter 7 and take advantage of our... CURRENT SALE!!! $100!!!! (Regular Price $165.00) Call (414)212-8039 NOW! — Reach Over 100,000 Readers! Go Blue Book Classifieds!

**YOUNG'S BANKRUPTCY** — In need of Debt Relief? Considering filing Chapter 7 or Chapter 13 Bankruptcy? We Can Help! We Prepare all necessary paperwork & then you file. Paperwork available within 2 Days! Limited Time Our Services Are Available for the LOW PRICE OF $100!!! We're located in Milwaukee & also servicing customers throughout the surrounding area — Call (262)744-1905 — Hours are 9am - 5pm & Weekends by appointment. You can also email us at youngsbankruptcy@yahoo.com

**INSURANCE NEEDS** — Protect your family with Life Insurance!! Retire Comfortably. Find Out How! FREE Insurance Quotes! NO obligation to buy. Serious Inquiries Only! Call (414)367-9471

**Face To Face Community Service & Training Center** — If you need help to start a Business, teach etiquette training or Basic Modeling. For Ages 8 to Adult. Are You Looking for payee Representative? Call For More Information (414)212-8225

**BOOTH RENTAL ONLY $80/Week Available NOW!!** Fully Equipped Salon in an Excellent Location! Call (414)447-0188

**STYLES BY SANDY** (414)732-0168 @ More Than Just Cutz — 4710 W. North Ave. — Relaxers, Quick Weaves, & Clipper Cuts - $50 — Wash Styles - $20 — Cut Styles - $35 — Sew-In Wvs - $75 — Wraps, Blow Dry/Style - $25 — $5 Eyebrow Wax Service

# DISPLAY CLASSIFIEDS

**FOR AS LITTLE AS $15.00...REACH OVER 30,000 PER WEEK! CALL 262/364-1843**

---

### Professional Plumbing
at Discount Pricing
**40 years experience**
Semi Retired
Sewers — Plugged Drains
free phone estimates
BIG & small Jobs
Also: carpentry, painting & minor electrical
**414/552-1212**
9/24

---

### APPLIANCE REPAIR
WE FIX:
*STOVES *REFRIGERATORS
*WASHERS *DRYERS
1 year warranty • Credit Debit is Accepted
**610-3160**
Mr. Simmons or Mrs. Simmons
Everyday is a Blessing with God!
10/1

---

### Bankruptcy & Divorces
This week only $150 (Includes your credit report)
Are your lights off? We offer same day service
Can't afford an attorney / Don't trust petition preparers
Then call someone you can afford & trust a paralegal.
WE ARE YOUR HELPING HANDS **414/543-8888**

---

### We Buy Junk Cars, Trucks & Vans
**559-0592**
11/12

---

### MASON TOOL RENTAL
A variety of tools: Air Compressors, Snow blowers, Welders, Motor Pullers, Car Jacks, Trailors, Saw Zaws & yes we even have Barbeque Grills
CALL TODAY: **414/364-3209**
or **414/737-4240**
9/24

---

### Carpet & Upholstery
**DEEP CLEANING**
1 room...$29 / 2 rooms...$49 / 3 rooms...$59
Sofa..$39 / Love Seat...$29 / chair...$15 (3pc $75)
**2 Rooms, Sofa & Love Seat...$100**
(Cleaning Includes pretreatment, extraction & deodorizer)
**414/552-0142**
"Guaranteed Clean"
9/24

---

### NOW ACCEPTING APPLICATIONS FOR:
Low income
1 Bedroom Senior
Housing - Must be
62 or older
or disabled
1 Bedroom w/Appliances
Laundry Center • Elevator
Locked Lobby
**4821 N. 22nd St.**
Call **444-4821**
Equal Housing Opportunity
9/10

---

### Extraordinary Builders
*Home Improvement*
Kitchen, Bath, Plumbing, Roofing,
Windows, Porches, Siding, Electrical
Upgrade, Heating etc...
• Licensed & Insured
There is no job too large or to small
**20% Off Every Job w/Ad**
Free Verbal Estimate
**414/324-0694**
10/8

---

### TATTOOS
call **414/467-9836**
Ask for John
Prices start at $25 - $500
10/8

---

### DUPLEXES / SINGLE FAMILY REMODELED FOR RENT
**915-2997**
**460-2154**
8/27

---

### MORE CASH FOR JUNKERS - Autos
**414/324-2766**
Towing Available
10/8

---

### U Pay Less Appliance Repair
Washers, Dryers, Stoves, Refrigerators & Dishwashers
**LOW PRICES**
call Ken - **414/779-4647**
Mon. - Sun. 9am-5pm
Great Service at Low Prices
9/24

---

### Fast Action Towing & Salvage
We Buy All Vehicles
Wrecked, Running or Not - Cars, Trucks, Vans & Buses
FAST SERVICE • 7 Days a week
Call **414/399-0234**
Best Price Guaranteed
9/24

## FREE STARTER KIT!
http://www.cmclonlinebiz.com
ONLY $9.95 S&H - For FREE Training Package, (DVD) - This is an Online Home Based Business Opportunity with a Successful Training Coach to assist you during your training. (As seen on ABC, NBC USA TODAY & CNN) Recruiting Phone #
**1-888-594-5508**
Email: recruiting@cmclonlinebiz.com

## Home-Based Business
Earn up to $2,000 to $5,000 per month in your own Home-Based Business!
Call **1-866-533-8411**
3 Minute Recorded Code = bbm

## Start Home-Based AVON Business
For ONLY $10 - Call
**414-719-7655**
To start today or place an order

## MANDATORY AUTOMOBILE LIABILITY INSURANCE IS HERE!
EFFECTIVE 01, MANDATORY LIABILITY INSURANCE BECOMES LAW!! ALL REGISTERED OWNERS OF AUTOS MUST CARRY LIABILITY INSURANCE. If you're caught without coverage, you will face a SERIOUS FINE. The best way to obtain this coverage is to call an EXPERIENCED INDEPENDENT INSURANCE AGENT, one who will find THE MOST COMPETITIVE PREMIUM for you with FLEXIBLE PAYMENT PLANS.
Must Have Valid Driver's License!!
**(262)521-9999**

## START FRESH DEBT SOLUTIONS, LLC
Come to An Educated, Experienced and Qualified Debt Relief Agency. Attention all Milwaukee County Residents! We are now preparing Chapter 7 Bankruptcy petitions for the Low Cost of $165! We prevent Utility Disconnections, Wage Garnishments & other creditor harassment. What are you waiting for? Get your Fresh Financial Start Today!
Call **(414)212-5099 NOW!**
For your convenience, we will meet you at your home. We are a debt relief agency. We help people file for bankruptcy relief pursuant to the United States Bankruptcy Code.

## YOUNG'S BANKRUPTCY
In need of Debt Relief? Considering filing Chapter 7 or Chapter 13 Bankruptcy? We Can Help! We Prepare all necessary paperwork then you file. Paperwork available within a Day! Limited Time Our Services Are Available for the LOW PRICE OF $100!!! We're located in Milwaukee & also servicing customers throughout the surrounding area.
Call **(262)744-1805**
Hours are 9am - 5pm & Weekends upon request.
You can also email us at:
youngsbankruptcy7@yahoo.com

## CHAPTER 7 BANKRUPTCY PRO-SE SERVICE
Do you need to file bankruptcy but can't afford attorney fees? I can help you!!! I'll prepare all paperwork needed & you'll file it with the court. Easy 1-2-3 Process!! $120 Fee Non-Attorney Bankruptcy Petition Preparers
Call Yvette @ **(414)334-0756**
for "The Skinny of It" (the 411) info on bankruptcy)

## Reach Over 100,000 Readers!
Go Blue Book Classifieds!

## Braids, Weaves & More by TAWANA
All Styles at a Reasonable Price!!!
Braids (all kinds), Sew-Ins,
Invisible Parts,
Quick Weaves, etc...
Adult & Children (Elderly & Handicap I WILL COME TO YOU IF YOU CAN'T GET AROUND) - Call for Appt.
**414-499-8087**

## SPECIALS SPECIALS SPECIALS
***STYLES BY CANDI***
**(414)732-0166**
@ More Than Jus Cuts
4710 W. North Ave.
*Relaxers,
Quick Weaves, or
Clipper Cuts...$50
*Wash/Style...$30
*Cut/Style...$35 *Sew-Ins...$125
*Wraps, Blow Dry/Style...$25

## WINTERIZE YOUR HAIR!!
Before you cover your hair with hats, scarves, wigs or braids... Make sure it is Moisturized & Strong before the Winter Weather Begins...
**FREE TREATMENTS!!**
Ms. V - Over 30yrs. Experience
Salon # **(414)535-1551**
Cell = **(414)795-6122**

## WANTED Licensed Stylists
Only 3 Chairs Left!!!
**1 WEEK FREE**
Our upscale salon & great location is the ideal atmosphere you're looking for!!!
For more information on chair rental contact...
Kea **(414)324-7367**
MUST Be Licensed!!!

## *BANKRUPTCY SPECIAL*
*$120 INDIVIDUAL
JOINT (MARRIED) $150
Are you drowning in bills & need to file Bankruptcy, but can't afford attorney fees?
I prepare all bankruptcy petition documents needed to file Chapter 7 Bankruptcy.
*Provide credit reports from all three Credit Bureau reporting agencies. *Prepare all documents needed in as quickly as 1 day.
**Other Services Offered:**
*Tax Preparation...$75
Call me, Davina
**(414)810-8758**
renewproservices@gmail.com

## FILE BANKRUPTCY NOW!
With an attorney to Guide you - Beware of Bankruptcy Petition Preparers! If you are in financial distress you NEED AN ATTORNEY TO GUIDE YOU! Many petitions prepared by non-attorneys are thrown out because of errors! DON'T LET THAT HAPPEN TO YOU!!! For low fees & quick turn around Call
**VIRGINIA GEORGE**
at **(414)332-3211**
We are a debt relief agency helping people file for bankruptcy.

## BANKRUPTCY PETITION PREPARER
Why pay high Attorney fees? I am a bankruptcy petition preparer. I will prepare your Chapter 7 & Chapter 128 Forms for a LOW fee of $100
Call **414-305-7642**

## INSURANCE NEEDS
Protect your family with
Life Insurance!!!
Retire Comfortably.
Find Out How!
FREE Insurance Quotes!
NO obligation to buy
Serious Inquiries Only!
Call
**(414)367-9471**

## TATTOO'S / PIERCING'S AND AIR BRUSHING
$25 Piercing's or 2 for $40
Tats Starting at $20
**4398 N 27th St.**
**(414)552-3160**
www.bluebookmilwaukee.com

## Adult DVD's $7-$20
Digital Scales $15 or 2 for $25
Bowl/Table Scales $30
Pepper Spray $7
10 Body Oils $20
$$ Money Making Opportunity$$
Will Wholesale$$
Mon.-Sun. 9am-7pm
**(414)659-1443** Oct.

## HIRING: MALE EXOTIC DANCERS
For all male review.
**NO EXPERIENCE NECESSARY!**
Must be 18+, attractive, have dance skills, be dedicated & dependable, committed to rehearsals, CLEAN, able to work as part of a team, have reliable transportation
Fantazia Marketing, LLC
Female Owned
**(414)939-4688**

## 2010-11 SHADES MAGAZINE LOCATIONS
Carter Drug's 24th Burleigh 803-7530
Voluptuous Secrets 1740 N MLK DR 264-7776

## SPECIAL ANOUNCEMENT
WILL
...
APRIL 2nd 2012
Or mail $14.99 M.O. c/o SHADES BACK POB 16153 MLW, WI. 53216
Very pretty, top heavy M.
Earn UP to $250 at $16 hr.
Ms Shades 414-464-6658

## How to Get $20...
I Buy Scrap Metal
$5 for scrap A/C's, dryers, washers, stoves, refrigerators, dehumidifiers & water heaters
I will haul away and move.
*$1 to $3 for car batteries
*$1 for beetle back TV's, cell phones
*81¢ for computer monitors
*50¢ per lb. for Aluminum Cans
*50¢ for microwaves. Miscellaneous Metal
Call B.T. **(414)737-1879**
Ad Paid for by ScrapZone Recycling, LLC