Exhibit B

Bankruptcy $90.00  Chapter 128 $90.00
Chapter 128 $90.00

## Pro Se self Help Center
Helping People Help Themselves

Capitol
8201 W. ~~North Ave~~ Suite 100  Mr. Lee
Milwaukee, WI 53222  262-617-1402

# DISPLAY CLASSIFIEDS
## FOR AS LITTLE AS $15.00...REACH OVER 30,000 PER WEEK! CALL 262/364-1843

---

**Professional Plumbing**
at Discount Pricing
40 years experience
Sewers — Semi Retired — Plugged Drains
free phone estimates
BIG & small Jobs
Also: carpentry, painting & minor electrical
**414/552-1212** 9/3

---

**Pro Se Self Help Center**
Helping People Help Themselves 9/3
Bankruptcy.....$90.00 • Chapter 128.....$90.00
No Fault Divorce.....$90.00
We will provide & help you prepare all
Necessary Forms
FAST!!! RELIABLE!!! DEPENDABLE!!!
We Can Help! CALL TODAY
**262/617-1402**
Mon.-Fri. 9am-5pm • Sat. 9am-12pm

---

**Carpet & Upholstery**
**DEEP CLEANING**
1 room...$29 / 2 rooms...$49 / 3 rooms...$59
Sofa...$39 / Love Seat...$29 / chair...$15 (3pc $75)
**2 Rooms, Sofa & Love Seat...$100**
(Cleaning includes pretreatment, extraction & deodorizer)
**414/552-0142**
"Guaranteed Clean" 9/3

---

**We Buy Junk Cars, Trucks & Vans**
**559-0592** 9/10

---

**Bankruptcy & Divorces**
**$180** (includes your credit report)
**Chapter 128 - $75**
Are your lights off? We offer same day service
Can't afford an attorney / Don't trust petition preparers
Then call someone you can afford & trust a paralegal.
WE ARE YOUR HELPING HANDS **414/543-8888**
CALL US TODAY: 262/364-1843

---

**$ Top Cash Paid**
For Old R&B /
Soul / Funk / Jazz
Records $
LP's / 12" singles / 45's (7")
House calls made,
Fast & Courteous
Call Today for an
Appointment
**(414)232-7606** 9/3

---

**LifeSkills Academy**
A Free Private School*
Enrollment Available
Full Day K4 - 7th Grades

CHRISTIAN EDUCATION
CUSTOMIZED PLANS

NEW ARTS CURRICULM
SMALL CLASS SIZES

UNIFORM BASED
CARING SUPPORTIVE STAFF

3434 N. 38th St.
**414-444-STYL(7895)**

Free Door to Door Transportation
Food Pantry Available
*(For Qualified Individuals) 9/3

---

Adult DVD's..................7for$20
Digital Scales.....$15 or 2/$25
Bowl Table Scales.............$30
Pepper Spray......................$7
10 Body Oils......................$20
$$Making Opportunities - Will Wholesale
9/10 **659-1443** Mon-Sun. 9am - 7pm

---

**DUPLEXES / SINGLE FAMILY**
**REMODELED FOR RENT**
**915-2997**
**460-2154** 8/27

---

**WE BUY JUNK OR REPAIRABLE CARS** 9/3
**414/416-7245**

---

$ **WE BUY JUNK CARS!** $ 9/3
•TOP DOLLAR CASH PAID
•7 DAY SERVICE
•OPEN LATE
USED TIRES
Low Rate Towing
RAY- **414-881-8308**

---

TV WEEKLY SHOPPER Aug. 28 – Sept. 3, 2011 PAGE 63

Case 11-34807-pp    Doc 16-2    Filed 10/19/11    Page 2 of 2