*Exhibit D*

Form 6-Summary
(10/05)

# United States Bankruptcy Court

____Eastern____ District Of ___Wisconsin___

In re ___Stephen E. Lee___,
            Debtor

Case No. _____

Chapter ___7___

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 01 | $ 0 | | |
| B - Personal Property | Yes | 03 | $ 0 | | |
| C - Property Claimed as Exempt | Yes | 01 | | | |
| D - Creditors Holding Secured Claims | Yes | 02 | | $ 0 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 02 | | $ 17,597.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 08 | | $ 27,693.98 | |
| G - Executory Contracts and Unexpired Leases | Yes | 01 | | | |
| H - Codebtors | Yes | 01 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 01 | | | $ 0 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 01 | | | $ 0 |
| TOTAL | | | $ 0 | $ 45,290.98 | |

Form 6-Summ2
(10/05)

# United States Bankruptcy Court

_EASton_ District Of _WISCONSIN_

In re _Stephen E. Lee_,
                    Debtor

Case No. _____

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
### [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 17,597.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 17,597.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

In re <u>Stephen E. Lee</u>,      Case No. _____
           Debtor                                                           (If Known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H–Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 68208452 67 <br> Wisconsin Electric <br> 333 W Everett ST <br> Milwaukee, Wi 53290-001 | | | 06/2004 | | X | | $2,631 |
| ACCOUNT NO. 1048-876-198 <br> Wisconsin Electric <br> Pro Box 2046 <br> Milwaukee, Wi 5301-204 | | | 11/05 | | X | | $2,189.07 |
| ACCOUNT NO. Docket 55C007180 <br> Milwaukee Circuit Court <br> 901 N 9th Street <br> Milw, Wi 53233 <br> Plaintiff o Wisconsin Electric | | | 04/2005 | | X | | $1,220 |
| ACCOUNT NO. 9160175254 <br> Alltel Communications <br> 1 Allied Dr <br> Building 5 Floor <br> Little Rock, AR 72202 | | | N/A | | X | | $935.00 |

<u>07</u> Continuation sheets attached

Subtotal ➤ | $ 6,975
(Total of this page)

Total ➤ | $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

© 1994 E•Z LEGAL FORMS®

K100-15A

In re __Stephen E. Lee__ ,                     Case No. _____
                Debtor                                                    (If Known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5291072146648254 <br> Capital one Bank <br> 4851 Cox Rd #1203 <br> Glen Allen, VA 23060 | | | 02/2002 | | X | | $1,046 |
| ACCOUNT NO. 1045569123 <br> Credit Protection <br> 13355 Noel Rd 2#A <br> Dallas, TX 75240-6602 | | | N/A | | X | | $195.00 |
| ACCOUNT NO. 1006999188 <br> Franklin Coll Svc <br> P.O. Box 3910 <br> Tupelo, MS 38803-3910 | | | N/A | | X | | $241.99 |
| ACCOUNT NO. 05-05571 - 255711464.27 - 01 <br> Credit Protection <br> 13355 Noel Rd <br> Dallas, TX 75240 | | | N/A | | X | | $25.28 |
| ACCOUNT NO. 105499403-0040 <br> Sinai Samaritan Med Cntr <br> P.O. Box 04309 <br> Milw, WI 53204-0309 | | | 02/09/2000 | | X | | $465.41 |
| ACCOUNT NO. 609194 <br> Med Health Financial Srv <br> P.O. Box 1996 <br> Milw, WI 53201-1996 | | | 6/2/2000 | | X | | $465.00 |

Sheet no. __02__ of __08__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ (Total of this page)  $ 2,418.66

Total ➤  $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedules)

© 1994 E•Z Legal Forms®                                                     K100-15B

In re: STephen ErLee

Debtor(s)      Case No.      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 565424 Med Health Financial SRV PioBox 1994 Milw, Wi 53201-1994 | | | 12/03 | | $292.00 |
| ACCOUNT NO. 2643888 State Collection Service PioBox 6250 Madison Wi 53716-0250 | | | 11/02 | | $2,262.00 |
| ACCOUNT NO. 005033021 Great Lakes Radiologists PioBox 511400 New Berlin, Wi 53151-3200 | | | 10/02 | | $56.00 |
| ACCOUNT NO. 8570 764649 Midland Credit MGMT Inc 8875 Aero Dr Ste 2 San Diego, CA 92123 | | | N/A | | $943.00 |
| ACCOUNT NO. 4708140 Phillips & Cohen Associates Ltd 258 Chapman Rd Suite 205 Newark, DE 1970 | | | N/A | | $753.85 |
| ACCOUNT NO. 110006984 Legacy Bank 2102 W Fond du lac Ave Milw, Wi 53206 | | | N/A | | $366.35 |
| ACCOUNT NO. 763 5124 SW Credit Systems Inc 2629 Dickerson Pkw Carroll ton, TX 75007-4408 | | | 4/04 | | $485.00 |
| ACCOUNT NO. 4142632287359 CFC Financial LLC PioBox 318038 Cleveland, OH 4413-8038 | | | N/A | | $537.51 |
| ACCOUNT NO. 514909500003 Chase Bank USA 800 Brooksedge Blvd Westerville, OH 43081 2895 | | | 08/2005 | | $3,000 |

03 Continuation Sheets attached.

Subtotal -> $ 8,319.34
(Total of this page)

Total -> $
(Use only on last page of completed Schedule F.)

Form B6 F (6-90)  Julius Blumberg, Inc. NYC 10013

In re: **Stephen E. Lee**                    Debtor(s)        Case No.              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT OR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 1722 <br> Certegy <br> P.O. Box 30046 <br> Tampa, Fl 336303046 | | | 12/03 | | $423.00 |
| ACCOUNT NO. 6550822030 <br> NCO Financial Systems Inc <br> 100 Constitution Ave <br> Upper Darby, PA 190822230 | | | 05/03 | | $95.00 |
| ACCOUNT NO. 3717 <br> CBC National Collections <br> 236 E. Town St <br> Columbus, OH 43154633 | | | 05/03 | | $241.00 |
| ACCOUNT NO. D100AME40950 <br> Debt Credit Serures <br> 2493 Romigra <br> Akron, OH 443204109 | | | 08/05 | | $233.00 |
| ACCOUNT NO. 60XXXX <br> Med Health Financial Serui <br> 9000 W. Wisconsin Ave #404 <br> Milw, Wi 53226-3518 | | | 09/02 | | $ 965.00 |
| ACCOUNT NO. 10410 <br> Berlin Wheeler <br> P.O. Box 463 <br> Jefferson City, Mo 65102043 | | | 01/2004 | | $32.00 |
| ACCOUNT NO. F432814-4 <br> New Berlin Municipal Court <br> 16300 W National Avenue <br> New Berlin, Wi 53151 | | | Citation 12/15/04 (w/case F432814-4  0531 | | $102.00 |
| ACCOUNT NO. <br> Glendale Municipal Court <br> 5909 N Milwaukee River Pkwy <br> Glendale, Wi 53209 | | | Citation #N355284 <br> Citation #F115074-1 | | $412.00 <br> $77.20 |
| ACCOUNT NO. <br> City of Brookfield Municipal Court <br> 2100 N CH Town Rd <br> Brookfield, Wi 53005 | | | Citation # F173046-6 <br> #F173047-0 | | $77.20 <br> $10.00 |

04 Continuation Sheets attached.

Subtotal -> | $ 2,447.40
(Total of this page)

Total -> | $